Case 1:02-cv-00046 Document 3 Filed in TXSD on 03/20/2002 Page 1 of 4

United States District Court
Southern District of Texas
FILED

MAR 2 0 2002

Michael N. Milby
Clerk of Court

3

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEYANIRA CRESPO, | * | |
| | * | |
| VS. | * | |
| | * | CIVIL ACTION NO.: B-02-046 |
| FIRST CASH | * | |
| FINANCIAL SERVICES INC, | * | |
| F/K/A FIRST CASH INC., | * | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW Defendant First Cash Financial Services, Inc. f/k/a First Cash, Inc. ("First Cash") and provides the following list of interested persons pursuant to this Court's order for conference:

1. Deyanira Crespo

2. David Horton
   NEEL & HORTON, L.L.P.
   Post Office Box 2159
   South Padre Island, Texas 78597
   956/761-6644

3. Dennis Sanchez
   SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
   100 North Expressway
   Brownsville, Texas 78521-2284
   956/546-3731

4. Teri L. Danish
   RODRIGUEZ, COLVIN & CHANEY, L.L.P.
   1201 E. Van Buren
   Brownsville, Texas 78520
   956/542-7441

5. First Cash Financial Services, Inc.

6. American Loan Employee Services S.A. de D.V.

7. First Cash S.A. de C.V.

8. W.R. Financial, Inc.

9. American Loan & Jewelry, Inc.

10. JB Pawn, Inc.

11. Famous Pawn, Inc.

12. One Iron Ventures, Inc.

13. Cash & Go, Inc.

14. First Cash, Inc.

15. First Cash Corporation

16. Cash & Go Management, LLC

17. Capital Pawnbrokers, Inc.

18. Silver Hill Pawn, Inc.

19. Elegant Floors, Inc.

20. First Cash Management LLC

21. First Cash, Limited

22. Cash & Go, Limited JV

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Teri L. Danish
State Bar No. 05375320
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT
FIRST CASH FINANCIAL SERVICES, INC. f/k/a FIRST CASH, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Certificate of Interested Persons was served upon all counsel of record, to-wit:

Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway
Brownsville, Texas 78521-2284

David Horton
Neel & Horton, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
Attorneys for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the ___ day of March, 2002.

_____
Teri L. Danish