United States District Court
Southern District of Texas
FILED

MAR 21 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS BROWNSVILLE DIVISION

| | |
|---|---|
| DEYANIRA CRESPO, | * |
| | * |
| VS. | * |
| | * CIVIL ACTION NO.: B-02-046 |
| FIRST CASH | * |
| FINANCIAL SERVICES INC, | * |
| F/K/A FIRST CASH INC., | * |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW Defendant First Cash Financial Services, Inc. f/k/a First Cash, Inc. ("First Cash") and provides the following list of interested persons pursuant to this Court's order for conference:

1. Deyanira Crespo

2. David Horton
   NEEL & HORTON, L.L.P.
   Post Office Box 2159
   South Padre Island, Texas 78597
   956/761-6644

3. Dennis Sanchez
   SANCHEZ, WHITTINGTON, JANIS & ZABARTE, L.L.P.
   100 North Expressway
   Brownsville, Texas 78521-2284
   956/546-3731

4. Teri L. Danish
   RODRIGUEZ, COLVIN & CHANEY, L.L.P.
   1201 E. Van Buren
   Brownsville, Texas 78520
   956/542-7441

5. First Cash Financial Services, Inc.

6. American Loan Employee Services S.A. de D.V.

7. First Cash S.A. de C.V.

8. W.R. Financial, Inc.

9. American Loan & Jewelry, Inc.

10. JB Pawn, Inc.

11. Famous Pawn, Inc.

12. One Iron Ventures, Inc.

13. Cash & Go, Inc.

14. First Cash, Inc.

15. First Cash Corporation

16. Cash & Go Management, LLC

17. Capital Pawnbrokers, Inc.

18. Silver Hill Pawn, Inc.

19. Elegant Floors, Inc.

20. First Cash Management LLC

21. First Cash, Limited

22. Cash & Go, Limited JV

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Certificate of Interested Persons was served upon all counsel of record, to-wit:

Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway
Brownsville, Texas 78521-2284

David Horton
Neel & Horton, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
Attorneys for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 21st day of March, 2002.

_____
Teri L. Danish

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: *[signature]*

Teri L. Danish
State Bar No. 05375320
Fed ID No.:12862
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT
FIRST CASH FINANCIAL SERVICES, INC. f/k/a FIRST CASH, INC.