053

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

MAR 2 8 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DEYANIRA CRESPO, § | |
| § | |
| Plaintiff, § | |
| § | |
| Vs. § | |
| § | C. A. No. B - 02 -46 |
| FIRST CASH § | |
| FINANCIAL SERVICES INC, § | |
| f/k/a FIRST CASH INC., § | |
| A Delaware Corporation; and § | |
| FULANO DOE, § | |
| A Resident of the § | |
| State of Texas, § | |
| § | |
| Defendants. § | |

---

**PLAINTIFF DEYANIRA CRESPO'S LIST OF INTERESTED PARTIES**

---

1. COMES NOW PLAINTIFF DEYANIRA CRESPO, and pursuant to the court's order files this list of all entities that are financially interested in this litigation.

2. List of entities:  1) Plaintiff Deyanira Crespo, 417 East 10th Street, Los Fresnos, TX 78566, 956.233.9316 t, Cameron County, TX; 2) Ms Teri Danish; RODRIGUEZ, COLVIN & CHANEY, L.L.P.; 1201 E. Van Buren, Brownsville, TX 78520, attorney for defendants; 3) Defendant First Cash Financial Services Inc., Arlington, TX, and all affiliated entities shown in said defendant's List of Interested Parties; 4) Mr. Dennis Sanchez, plaintiff's counsel, address below, and, 5) Mr. David Horton (David Horton, P.C.), NEEL

& HORTON, L.L.P., Post Office Box 2159, South Padre Island, TX 78597.

                                    Respectfully Submitted,

*/s/ David Horton*

Dennis Sanchez
SBOT No. 17569600
SANCHEZ, WHITTINGTON,
JANIS & ZABARTE, L.L.P.
100 North Expressway
Brownsville, TX 78521-2284
956.546.3731 Telephone
956.546.3765 Telecopier

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
Telephone 956.761.6644
Telecopier 956.761.7424

ATTORNEYS FOR PLAINTIFF
DEYANIRA CRESPO

---

### CERTIFICATE OF SERVICE

    I served a copy of this document on counsel of record pursuant to Rule 21a of the Texas Rules of Civil Procedure, to-wit:

Ms. Teri Danish
SBOT No. 05375320
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, TX 78522
956.542.7441 telephone
956.541.2170 telecopier
Attorneys for Defendant,

by fax and First Class Mail on Tuesday, March 26, 2002.    */s/ David Horton*
                                                                           David Horton

[FAXED stamp: BY: DH 1346]