IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| DEYANIRA CRESPO,<br>Plaintiff,<br><br>VS.<br><br>FIRST CASH FINANCIAL SERVICES,<br>INC, f/k/a FIRST CASH INC., A<br>Delaware Corporation; and FULANO<br>DOE, A Resident of the State of Texas<br>Defendants. | CIVIL ACTION NO. B-02-046 |

## ORDER

The Court has reviewed Defendant's First Cash Financial Services Inc., f/k/a First Cash Inc., a Delaware Corporation, ("First Cash") Notice of Removal (Docket No. 1). Paragraph 4 of First Cash's Notice of Removal states that "[a] copy of Plaintiff's Response to Defendant's Request for Disclosure to Plaintiff is attached hereto as Exhibit 'A' and incorporated herein for all purposes." (Docket No. 1). The Court has examined all the attachments filed with First Cash's Notice of Removal, and it is apparent that First Cash did not file the Plaintiff's Response to Defendant's Request for Disclosure as stipulated.

**IT IS ORDERED** that Defendant First Cash file with the district clerk's office Plaintiff's Response to Defendant's Request for Disclosure to Plaintiff by Friday, April 26, 2002.

DONE in Brownsville, Texas, on this 23rd day of April, 2002.

John Wm. Black
United States Magistrate Judge