IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 4 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DEYANIRA CRESPO, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. B-02-46 |
| | * | |
| FIRST CASH FINANCIAL SERVICES INC, f/k/a FIRST CASH INC., A Delaware Corporation; and FULANO DOE, A Resident of the State of Texas | * * * * | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant First Cash Financial Services, Inc., f/k/a First Cash, Inc. ("First Cash") moves the Court for an extension of time to respond to plaintiff's motion to remand as follows:

**I.**

First Cash received plaintiff's motion to remand this matter on April 8, 2002. Plaintiff subsequently filed a Memorandum in Support of her motion to remand on April 19, 2002. First Cash did not receive plaintiff's Memorandum until April 22, 2002.

Under the applicable procedural rules, First Cash's opposition to plaintiff's motion to remand is due twenty days from the date the motion was filed. Counsel for First Cash is in the process of preparing its opposition to plaintiff's motion to remand. However, First Cash's counsel was in trial this week in the 197th Judicial District Court, Cameron County, Texas, and has been unable to complete the opposition, especially in light of plaintiff's Memorandum recently filed.

As a result, First Cash respectfully requests an extension of time to respond to plaintiff's motion to remand to May 1, 2002. This extension is not sought merely for purposes of delay, but so that First Cash may adequately respond to plaintiff's motion.

## II.

### Certificate of Conference

On April 24, 2002, counsel for First Cash spoke with plaintiff's counsel concerning this motion. Plaintiff's counsel does not oppose this request for an extension.

Based upon the foregoing, Defendant First Cash Financial Services, Inc. respectfully requests that the Court extend the time for its response to plaintiff's motion to remand to May 1, 2002.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Teri L. Danish
Attorney-in-Charge
State Bar No. 05375320
Federal Admissions No. 12862
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANT,
FIRST CASH FINANCIAL SERVICES
INC,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

>Dennis Sanchez
>Sanchez, Whittington, Janis & Zabarte, L.L.P.
>100 North Expressway
>Brownsville, Texas 78521-2284
>Attorneys for Plaintiff Deyanira Crespo

>David Horton
>Neel & Horton, L.L.P.
>Post Office Box 2159
>South Padre Island, Texas 78597
>Attorneys for Plaintiff Deyanira Crespo

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 24th day of April, 2002.

_____
Teri L. Danish