IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEYANIRA CRESPO, | * | |
| | * | |
| v. | | CIVIL ACTION NO. B-02-46 |
| | * | |
| FIRST CASH FINANCIAL SERVICES | * | |
| INC, f/k/a FIRST CASH INC., A | * | |
| Delaware Corporation; and FULANO | * | |
| DOE, A Resident of the State of Texas | * | |

## ORDER

The Court hereby GRANTS Defendant First Cash Financial Services, Inc's (Docket No 9) Unopposed Motion for Extension of Time to file its opposition to Plaintiff's Motion to Remand. First Cash's opposition is now due May 1, 2002.

Signed this 26TH day of April, 2002.

_____
Judge Presiding