IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUN 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DEYANIRA CRESPO, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-02-046 |
| FIRST CASH FINANCIAL SERVICES, | § | |
| INC, f/k/a FIRST CASH INC., A | § | |
| Delaware Corporation; and FULANO | § | |
| DOE, A Resident of the State of Texas, | § | |
| Defendants. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of May 7, 2002, should be **ADOPTED**.

IT IS **ORDERED** that Plaintiff's Deyanira Crespo Motion to Remand (Docket No. 6) is **GRANTED**. IT IS further **ORDERED** that the above-style action be hereby **REMANDED** to the County Court at Law No. One of Cameron County, Texas, pursuant to 28 U.S.C. § 1447(c). The Clerk of the Court is **DIRECTED** to take all steps necessary to effectuate remand.

DONE in Brownsville, Texas, on this 14th day of June, 2002.

Filemon B. Vela
United States District Judge