064

In The
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Brownsville Division

United States District Court
Southern District of Texas
FILED

JUL 17 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| DEYANIRA CRESPO, | § |
| | § |
| Plaintiff, | § |
| | § |
| Vs. | § |
| | §   C. A. No. B - 02 -46 |
| FIRST CASH | § |
|   FINANCIAL SERVICES INC, | § |
| f/k/a FIRST CASH INC., | § |
| A Delaware Corporation;  and | § |
| FULANO DOE, | § |
| A Resident of the | § |
| State of Texas, | § |
| | § |
| Defendants. | § |

---

**PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**

---

1.  COMES NOW PLAINTIFF DEYANIRA CRESPO, and pursuant to the United States Code, moves the court, for an order awarding plaintiff attorney's fees based on the court's granting plaintiff's motion to remand this case to the state court by order dated June 17, 2002. In support of this motion plaintiff submits for the court's consideration such matters as stated herein.

2.  In responding to defendants' improvident motion, the law clerk for plaintiff's counsel (Ashley Myrick, Baylor University School of Law, third year law student) spent approximately six (6) hours doing legal research. Counsel submits that a reasonable hourly rate for such work is $60.00 per hour, and six (6) is a

reasonable amount of time for same. Plaintiff's counsel, David Horton, spent approximately three (3) hours preparing plaintiff's response in opposition, and one (1) hour on this motion. Counsel submits that a reasonable hourly rate for such work is $150.00 per hour, and four (4) is a reasonable amount of time for same. Such expenditure of time and effort was reasonable and necessary in responding to defendants' removal.

3. In 1991 plaintiff's counsel, while serving as counsel for another plaintiff employee in an employment discrimination case in the USDC-SDTX, Laredo Division, prevailed on a similar motion to remand. The Hon. George Kazen awarded the prevailing plaintiff $700.00 as fees in the matter. In 1998 plaintiff's counsel, while serving as counsel for a defendant employer in an employment discrimination case in the Laredo Division of this court, lost to plaintiff on a similar motion to remand. The Hon. George Kazen awarded the prevailing plaintiff $900.00 as fees in the matter.

4. In summary, plaintiff submits that $960.00 (6 hours law clerk at $60.00 per hour, and 4 hours attorney at $150.00 per hour, a total of $960.00) is a reasonable amount to order defendant to pay plaintiff as fees in this matter.

5. WHEREFORE, PREMISES CONSIDERED, plaintiff prays the court grant this motion and Order such relief as is requested below.

6. ORDER and find that $60.00 per hour for the services of plaintiff's law clerk (third year law student)is a reasonable

PLAINTIFF'S MOTION FOR ATTORNEY'S FEES                                            2

hourly rate, and six (6) hours is a reasonable time, for services performed in connection with plaintiff's opposition to defendant's removal.

    7.   ORDER and find that $150.00 per hour for the services of plaintiff's counsel is a reasonable hourly rate, and four (4) hours is a reasonable time, for services performed in connection with plaintiff's opposition to defendant's removal.

    8.   ORDER that defendants pay plaintiff reasonable attorney's fees in the amount of $960.00 in connection with plaintiff's successful opposition to defendants' improvident removal proceedings.

    9.   ORDER, in the alternative, that defendants pay plaintiff reasonable attorney's fees in an amount to be determined by the court in connection with plaintiff's successful opposition to defendants' improvident removal proceedings.

    10.   ORDER such other and further relief as is proper and just.

Respectfully Submitted,

*David Horton*

Dennis Sanchez
SBOT No. 17569600
SANCHEZ, WHITTINGTON,
JANIS & ZABARTE, L.L.P.
100 North Expressway
Brownsville, TX 78521-2284
956.546.3731 Telephone
956.546.3765 Telecopier

David Horton
SBOT No. 10014500
NEEL & HORTON, L.L.P.
Post Office Box 2159
South Padre Island, Texas 78597
Telephone   956.761.6644
Telecopier  956.761.7424

ATTORNEYS FOR PLAINTIFF
DEYANIRA CRESPO

--------------------------------------------------------------------

VERIFICATION

STATE OF TEXAS              ◊
    COUNTY OF CAMERON       ◊

Before me the undersigned authority personally appeared David Horton, who upon oath swears the above statements of fact are true and correct based on personal knowledge.

*Lenora A. Schreurs*
Name:
NOTARY PUBLIC
STATE OF TEXAS

My Commission Expires:



LENORA A. SCHREURS
MY COMMISSION EXPIRES
MARCH 8, 2006

PLAINTIFF'S MOTION FOR ATTORNEY'S FEES                                          4

CERTIFICATE OF CONFERENCE
Pursuant to the FRCP and Local Rule 6.A(4)

Prior to filing this motion, I conferred with defendants' counsel. Based on such, plaintiff advises the Clerk that plaintiff and defendant are unable to agree regarding the disposition of this motion.

David Horton

--------------------------------

CERTIFICATE OF SERVICE

I served a copy of this document on counsel of record pursuant to Rule 21a of the Texas Rules of Civil Procedure, to-wit:

Ms. Teri Danish
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Post Office Box 2155
Brownsville, TX 78522
956.542.7441 telephone,956.541.2170 telecopier,
Attorneys for Defendant,

by First Class Mail on Wednesday, July 17, 2002.

David Horton