*15*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 4 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| DEYANIRA CRESPO, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-046 |
| | § | |
| FIRST CASH FINANCIAL SERVICES, | § | |
| INC., ET AL. | § | |

TYPE OF CASE:  ___X___ CIVIL          _____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (DOCKET NO. 14)**

PLACE:                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                          DATE AND TIME:

                                                **AUGUST 28, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   AUGUST 13, 2002

TO:   MR. DENNIS SANCHEZ
      MS. TERI DANISH